## Charles Conkrite, Appellant, v. Ward T. Miller, Appellee.

### Gen. No. 9,652.

opinion filed April 12, 1941. Dixon, Devine, Bracken & Dixon, for appellant; Robert L. Bracken and Sherwood Dixon, of counsel; Warner & Warner, for appellee; Henry C. Warner, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

## Charlene Drummond, Administratrix of Estate of Verl O. Drummond, Deceased, Appellant, v. Harry Gleim and Elsie Gleim, Appellees.

### Gen. No. 9,655.

opinion filed April 12, 1941. Dixon, Devine, Bracken & Dixon and Robert Canfield, for appellant; Sherwood Dixon and Robert Canfield, of counsel; Warner & Warner, for appellees; Henry C. Warner, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''